IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **STEFAN GOIA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION** |
| | ) |
| **CITIFINANCIAL AUTO,** | ) **FILE NO. 1:10-CV-2405-WSD** |
| | ) |
| **Defendant.** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DEFENDANT'S INITIAL DISCLOSURES** has been served on the following by directing same to the following address through first-class, United States mail, postage prepaid, on this the 30th day of August, 2010:

>     Stefan Goia
>     2455 Danver Lane
>     Buford, Georgia  30519

>                             s/Ashby L. Kent
>                             Ashby L. Kent
>                             Georgia Bar No. 415105
>                             akent@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia  30363
(404) 815-3000

326295 v1