IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 21 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**STEFAN GOIA,**
    **Plaintiff,**

v.

**CITIFINANCIAL AUTO**
    **Defendant,**

CIVIL ACTION
FILE NO. 1:10-CV-2405

---

### MOTION TO REMOVE CLERK'S ENTRY OF DEFAULT

---

COMES NOW Plaintiff / Counterclaim-Defendant Stefan Goia and pursuant to Fed. R. Civ. P. 55(c), hereby files this Motion for Removal of Clerk's Entry of Default and Memorandum In Support Thereof.

I Stefan Goia, Plaintiff/Counter-defendant in CIVIL ACTION NO. 1:10-CV-2405 hereby present this motion asking to have the default motion regarding the failure to file an answer in time to Citifinancial Auto's answers, because I did not made this mistake in bad faith or lack of consideration, but in lack of knowing all legal terms ( I am a simple worker), and by lack of money to hire an attorney yet ( I am 78 years old with a retirement benefit of $599), and attorneys fees exceed my material possibilities.

I also consider that even a simple citizen without juridical knowledge and material possibilities, have the right to be defended by law against some companies which breaking all the laws bring those, damages.

That is the real situation in which I am right now. Citifinancial Auto in bad faith acted incorrectly (as I had shown in the complaint), and now thru all kind of lies and tricks tries to fraud the justice to obtain a legality of their commited abuses.

Having full faith in the rightness of the United States justice with respect I am asking this court to approve the motion to remove the default motion and to accept my counterclaims to Citifinancial Auto's answers and a set of documents as evidence (annex 2 containing 45 pages), documents mentioned by Citifinancial Auto but never shown, because they know that these documents accuse them.

I also promise that I will make all efforts to hire an attorney to eliminate the risk of being in a similar situation by the lack of juridical knowledge.

With all due respect

                                            Plaintiff :
                                            Stefan Goia

*[signature]*

                                            September 20, 2010

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MOTION TO REMOVE CLERK'S ENTRY OF DEFAULT** has been served on the following by directing same to the following address through first-class, United States mail, postage prepaid, on this the 21st day of September, 2010:

Ashby L. Kent
BURR & FORMAN LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, Georgia 30363

Stefan Goia