## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 19, 2013

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 12-12639-BB
Case Style: Stefan Goia v. Citifinancial Auto
District Court Docket No: 1:10-cv-02405-WSD

The enclosed judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol Lewis/jsc
Phone #: (404) 335-6179

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 12-12639

_____

District Court Docket No.
1:10-cv-02405-WSD

STEFAN GOIA,

Plaintiff -
Counter Defendant -
 Appellant,

versus

CITIFINANCIAL AUTO,

Defendant -
Counter Claimant -
 Appellee.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 03, 2012
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Issued as Mandate:
March 19, 2013